IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RHONDA CONWAY                                                                    PLAINTIFF


            v.                          Civil No. 05-5099


JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                                   DEFENDANT

## J U D G M E N T

     Now on this 20th day of June, 2006, comes on for consideration the Report and

Recommendation dated May 30, 2006, by the Honorable Beverly Stites Jones, United States

Magistrate Judge for the Western District of Arkansas.   Ten (10) days have passed without

objections being filed by the parties.   The Court has reviewed this case, and being well and

sufficiently advised, finds that the Report and Recommendation is proper and should be adopted

in its entirety.   Accordingly, the Court hereby adopts the Report and Recommendation; affirms

the decision of the Commissioner; and dismisses plaintiff's complaint with prejudice.


                                 Jimm Larry Hendren
                                 HON. JIMM LARRY HENDREN
                                 UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)